**STATE of Missouri, Respondent,**

v.

**Damon L. ARNOLD, Appellant.**

**No. WD 65346.**

Missouri Court of Appeals, Western District.

May 23, 2006.

Nancy A. McKerrow, State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Roger Johnson, Office of Attorney General, Jefferson City, for Respondent.

Before EDWIN H. SMITH, Chief Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

## ORDER

Damon L. Arnold appeals the circuit court's judgment convicting him of four counts of forgery under § 570.090, RSMo 2000. We affirm. Rule 30.25(b).